FILED
SCRANTON
FEB 2 5 2020
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:20-CR-47 |
| v. | : |
| ALMALIK WASHINGTON,<br>Defendant | : (electronically filed) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### 18 U.S.C. § 922(g)
(Unlawful possession of a firearm)

On or about December 03, 2019, in Monroe County, within the Middle District of Pennsylvania, the defendant,

**ALMALIK WASHINGTON,**

did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a High Standard MFG .22 caliber revolver, knowing he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(e)(1).

1

THE GRAND JURY FURTHER CHARGES:

COUNT TWO
18 U.S.C. § 922(k)
(Altered Serial Number)

On or about December 03, 2019, in Monroe County, within the Middle District of Pennsylvania, the defendant,

**ALMALIK WASHINGTON,**

did knowingly and unlawfully possess a firearm, that is, a High Standard MFG .22 caliber revolver, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

THE GRAND JURY FURTHER CHARGES:

COUNT THREE
21 U.S.C. § 844(a)
(Possession of a Controlled Substance)

On or about December 03, 2019, in Monroe County, within the Middle District of Pennsylvania, the defendant,

## ALMALIK WASHINGTON,

did knowingly, intentionally, and unlawfully possess marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Section 844(a).

**THE GRAND JURY FURTHER CHARGES:**

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) and 922(k), the defendant,

## ALMALIK WASHINGTON,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of

such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. High Standard MFG .22 caliber revolver, no serial number.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2-25-20
DATE

A TRUE BILL



2/25/20
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

BY: _____
ALISAN V. MARTIN
ASSISTANT U.S. ATTORNEY