THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:20-CR-00047 |
| | : | (JUDGE MARIANI) |
| ALMALIK WASHINGTON, | : | |
| | : | |
| Defendant. | : | |

ORDER

AND NOW, THIS 22ND DAY OF APRIL 2021, for the reasons set forth in this Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Motion to Suppress Stop and Search of Vehicle" (Doc. 52) is **DENIED**.

_____
Robert D. Mariani
United States District Judge